**Catherine Denise RANDOLPH,
Plaintiff–Appellant,**

v.

**U.S. ATTORNEY, TECHNOLOGY
(Illegal home business),
Defendant–Appellee.**

No. 15–1094.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Catherine Denise Randolph, Appellant
Pro Se.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order dismissing her complaint as frivolous and for failing to state a

claim. *See* 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Randolph's motions to amend and dismiss the appeal for the reasons stated by the district court. *Randolph v. U.S. Attorney,* No. 1:15–cv–00009–CCB (D.Md. Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*